IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID SEIPLE,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-2946 |
| | : | |
| **CRACKER BARREL OLD COUNTRY STORE, INC.,** | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this ___22ND___ day of April, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 27) and Plaintiff's response thereto (ECF No. 29), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

1. The Court grants summary judgment in favor of Defendant on Plaintiff's disparate-treatment claim as to the refusal to promote him and on Plaintiff's disparate-impact claim.

2. The Court denies summary judgment on Plaintiff's disparate-treatment claim as to his demotion.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge