IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID SEIPLE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 19-cv-2946** |
| | : | |
| **CRACKER BARREL OLD COUNTRY STORE, INC.,** | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this ___5TH___ day of November, 2021, upon consideration of Defendant's Motion for Reconsideration (ECF No. 35), Plaintiff's response thereto (ECF No. 37) and Defendant's reply in support (ECF No. 38), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED.** The Court enters summary judgment in favor of Defendant on all remaining claims.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge